NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE MINESEN COMPANY,**
*Appellant,*

v.

**JOHN MCHUGH, SECRETARY OF THE ARMY,**
*Appellee.*

---

2010-1453

---

Appeal from the Armed Services Board of Contract Appeals in no. 56346, Administrative Judge Michael T. Paul.

---

**ON MOTION**

---

## ORDER

John McHugh, Secretary of the Army, moves for a 14-day extension of time, until October 28, 2010, to file its reply to Minesen Co.'s response in opposition to the Secretary's motion to dismiss. Minesen Co. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

For The Court

OCT 1 2 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Thomas A. Lemmer, Esq.
James R. Sweet, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

OCT 1 2 2010

**JAN HORBALY**
**CLERK**